```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA DE LA CRUZ-SEGURA,

          Plaintiff,

-against-

AA TRUCKING CORPORATION et al.,

          Defendants.

22-cv-3656 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      In an Order dated June 22, 2022, the Court directed the parties to file a joint letter and a Proposed Case Management Plan, as described in the Court's Individual Rules of Practice in Civil Cases, by July 14, 2022 [ECF No. 8]. On July 12, 2022, Plaintiff's counsel filed what he stated would "serve as the 'joint letter' letter between the parties" [ECF No. 11]. However, that letter was not signed by defense counsel, and, to date, no Proposed Case Management Plan has been filed. Accordingly, IT IS HEREBY ORDERED that, by 5:00 p.m. on July 19, 2022, the parties shall file: (1) a joint Proposed Case Management Plan; and (2) letters explaining whether defense counsel jointly prepared the July 12 letter, and why counsel should not be sanctioned for failing to comply with the Court's June 22 Order. **Counsel and the parties themselves are on notice that failure to comply with court orders may result in sanctions, including monetary fines, preclusion of claims and defenses, and dismissal with prejudice.**

**SO ORDERED.**

Date:  **July 18, 2022**
        **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**